DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**B.M.**, a child,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-2558

[April 15, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 502013CJ003561A.

Carey Haughwout, Public Defender, and Ellen Griffin, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed. See C.C. v. State*, 150 So. 3d 216, 219 (Fla. 4th DCA 2014) (Warner, J., concurring specially).

STEVENSON, GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***